UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES (ROYBAL)

| | |
|---|---|
| MARK S. MOOSBRUGGER,<br><br>          Plaintiff,<br><br>  vs.<br><br>DISCOVER BANK and DOES 1 through 100, Inclusive,<br><br>          Defendants. | CASE NO. CV 12-01651-JAK(DTBx)<br><br>Honorable John A. Kronstadt<br>Courtroom 750<br><br>**JUDGMENT ON COMPLAINT IN FAVOR OF DEFENDANT DISCOVER BANK**  JS-6 |
| AND RELATED COUNTERCLAIM. | Complaint Filed: February 27, 2012 |

**WHEREAS** the Court, the Honorable John A. Kronstadt presiding, granted Defendant Discover Bank's Motion to Dismiss the Complaint, with prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT, effective January 11, 2013:**

1. Judgment is entered in favor of Defendant Discover Bank and against Plaintiff Mark S. Moosbrugger on the Complaint;

2. Plaintiff Mark S. Moosbrugger recover nothing by way of his Complaint, which was dismissed on the merits; and

3. Defendant Discover Bank is the prevailing party on the Complaint and is entitled to recover costs from Plaintiff Mark S. Moosbrugger pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-1 *et seq.* in the amount of $_____.

**IT IS SO ORDERED.**

DATED: February 28, 2013

_____
The Honorable John A. Kronstadt
United States District Judge

1